NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JUSTIN R. RHOADES (Cal. Bar No. 230463)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3380
    Facsimile: (213) 894-3713
    E-mail:    justin.rhoades@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-749-ODW |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR LEAVE OF COURT TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a) |
| v. | |
| DANIEL JOSEPH ZEKOLL, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel, the United States Attorney for the Central District of California, hereby moves ex parte, pursuant to Fed. R. Crim. P. 48(a), for leave of Court to dismiss the indictment in the above-captioned case, against defendant DANIEL JOSEPH ZEKOLL ("defendant"), with prejudice.

    The dismissal is sought as a result of defendant's death, which occurred on or about July 25, 2018.

///

For this reason, pursuant to Rule 48(a), the government seeks leave of the Court to dismiss the indictment with prejudice against defendant.

Dated: August 8, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　NICOLA T. HANNA
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　LAWRENCE S. MIDDLETON
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Chief, Criminal Division


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JUSTIN R. RHOADES
　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA