NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JUSTIN R. RHOADES (Cal. Bar No. 230463)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3380
     Facsimile: (213) 894-3713
     E-mail:    justin.rhoades@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-749-ODW |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT WITH PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a) |
| DANIEL JOSEPH ZEKOLL, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff United States of America has requested leave of this Court to dismiss the indictment against defendant DANIEL JOSEPH ZEKOLL, with prejudice. Having fully considered the matter, and for good cause shown, the Court hereby grants the government's request and dismisses the indictment against defendant ZEKOLL with prejudice in this case.

IT IS SO ORDERED.

August 8, 2018
DATE

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1